DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SANDER LEVINSON,**
Appellant,

v.

**BERKSHIRE A CONDOMINIUM ASSOCIATION, INC.,** and **JERE GAUL,**
Appellees.

No. 4D18-1065

[December 12, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. CACE 17-015657.

Robert Land of The Curtis Center, Philadelphia, for appellant.

Michael D. Bogen of Bogen Law Group, P.A., Coral Springs, for appellees.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., MAY and FORST, JJ., concur.

\*          \*          \*

*Not final until disposition of timely filed motion for rehearing.*